**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03268-GPG

RICARDO ROWLEY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's "Motion to File Second Amended Complaint" (ECF No. 12) is DENIED because the "Second Amended Complaint" (ECF No. 13) is not on the court-approved Prisoner Complaint form as required by the court's local rules.  Plaintiff is directed to file on the court-approved Prisoner Complaint form an amended pleading that is signed and that complies with the court's prior orders in this action.  Plaintiff shall have **thirty (30) days from the date of this minute order** to file an amended pleading that is signed and on the court-approved Prisoner Complaint form.  If Plaintiff fails within the time allowed to file an amended pleading that is signed and on the court-approved Prisoner Complaint form, the action will be dismissed without further notice.  The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, a blank copy of the following form: Prisoner Complaint.

Dated:  March 3, 2015