IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03268-CBS

RICARDO ROWLEY,

        Plaintiff,

v.

JACOB PATTERSON, M.D.,
CRAIG THOMPSON, RN,
SAMANTHA MCCOIC, and
UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS,

        Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Shaffer

        This matter comes before the court for service of the Third Amended Prisoner Complaint [Doc. 16] on Defendant Dr. Jacob Patterson, M.D. Pursuant to the Order Drawing Case dated April 6, 2015 [Doc. 17], this case was assigned to the Magistrate Judge. On January 27, 2015, Mr. Rowley was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [*See* Doc. 8]. It is now

        ORDERED that, if appropriate, pursuant to supplemental information provided by Defense Counsel [Doc. 41], the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Dr. Jacob Patterson, M.D., STM Orthopedic Services, 933 Sells Ave., Suite B, Canon City, CO 81212. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Third Amended Prisoner Complaint [Doc. 16] and summons upon Dr. Patterson. If

appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that, following service of process upon him, Dr. Patterson shall respond to the Third Amended Prisoner Complaint [Doc. 16] in accordance with the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 31st day of August, 2015.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge