IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03268-CBS

RICARDO ROWLEY,
        Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,
        Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Defendant Patterson's oral request made via telephone to be removed from the Notice of Electronic Mailing.   The court has reviewed the request and the entire case file and is sufficiently advised in the premises.   Defendant Patterson was dismissed from this action on January 12, 2016.   (*See* Doc. # 52).   The Clerk of Court is instructed to terminate electronic notification and to remove Defendant Patterson and his counsel from the Notice of Electronic Mailing.

        DATED at Denver, Colorado, this 1st day of March, 2016.

                                        BY THE COURT:


                                        ____s/Craig B. Shaffer_____
                                        United States Magistrate Judge